IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00174- |
| v. ) | |
| ) | |
| TIFFANY L. WEIMER, a/k/a ) | |
| TIFFANY L. AUDSLEY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR UNLAWFUL DETAINER

The United States of America (hereinafter "United States"), on behalf of the United States Department of Agriculture, Rural Housing Service (hereinafter "RHS"), for its Complaint for Unlawful Detainer against Defendant Tiffany L. Weimer also known as Tiffany L. Audsley (hereinafter, "Weimer") alleges as follows:

1. This Court has jurisdiction under the provisions of 28 U.S.C. § 1345. The United States seeks the removal of Weimer from real estate owned by RHS pursuant to the State of Missouri's unlawful detainer statute. R.S.Mo. § 534.030.

2. Weimer is now and has been at all times pertinent hereto, a resident of Saline County, Missouri, within the jurisdiction of this Court. Personal service on Weimer may be made in the following manner:

> Tiffany L. Weimer a/k/a Tiffany L. Audsley
> 609 E. Slater
> Marshall, Missouri 65340

3. On or about May 16, 2017, at a non-judicial foreclosure sale, RHS purchased real estate situated in the County of Saline, State of Missouri,

commonly known by the address, 609 E. Slater, Marshall, Missouri, 65340 (hereinafter, "the Property"), and legally described, to-wit:

> ALL OF LOT FOUR (4) AND THE EAST HALF OF LOT THREE (3) IN BLOCK TWO (2) OF LUDWIG SUBDIVISION, AN ADDITION TO THE CITY OF MARSHALL, SALINE COUNTY, MISSOURI

The Property was sold to RHS in accordance with Mo. Rev. Stat. § 443.290, *et seq.*, and RHS was issued a Trustee's Deed that was recorded on June 27, 2017, as Instrument No. 2017-1781. A copy of the Trustee's Deed is attached hereto as Exhibit A.

4. A Notice of Trustee's Sale was sent by certified mail at least 20 days prior to the date of the foreclosure sale to the following:

| | |
|---|---|
| Tiffany L. Audsley | 609 E. Slater, Marshall MO 65340 |
| Tiffany L. Weimer | 609 E. Slater, Marshall, MO 65340 |
| CitiFinancial | 14330 E.42nd St. Suite H, Independence, MO 64055 |
| Mark Edward Dunn | 13321 N Outer Forty Rd Suite 100, St. Louis, MO 63017 |

A copy of the Notice of Trustee's Sale is attached as Exhibit B. A copy of the Certificate of Mailing of Notice of Trustee's Sale and the United States Postal Service Certified Mail Receipts for each are attached at Exhibit C.

5. Additionally, Weimer received notice of the foreclosure sale by publication, in that a Notice of Trustee's Sale for the Property was published in the Marshall Democrat-News, a Daily newspaper of general circulation, and published continuously for a period of at least three years in the County of Saline. The Notice was published on four days: April 19, 2017, April 26, 2017 May 3, 2017 and May 10, 2017. A copy of the Affidavit of Jeremy Patton, agent for the Marshall Democrat-News, is attached hereto as Exhibit C.

6. Weimer has refused to surrender possession of the Property.

2

WHEREFORE, the United States of America, prays for a judgment that Tiffany L. Weimer is unlawfully possessing the Property; and for an order directing Tiffany L. Weimer to immediately relinquish possession of the Property owned by RHS and located at 609 E. Slater, Marshall, Missouri, for the costs of this action and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By   */s/ Cari Franke Walsh*
Cari Franke Walsh, MO #37867
Assistant United States Attorney
Charles Evans Whitaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
E-mail: Cari.Walsh@usdoj.gov
ATTORNEYS FOR THE UNITED
STATES OF AMERICA



2017-1781
RECORDED ON
06/27/2017    10:21:36AM
PAGES: 5

JAMIE FRANKLIN NICHOLS
RECORDER OF DEEDS
SALINE COUNTY, MO

RD-MO l955-4
(Rev. 12/28/01)                **TRUSTEE'S DEED UNDER POWER OF SALE**

THIS TRUSTEE'S DEED Under Power of Sale is made on this 15th day of June, 2017.

WHEREAS, Tiffany L. Weimer, now known as Tiffany L. Audsley, by deed(s) of trust dated April 25, 2002, filed for record in the Office of the Recorder of Deeds of Saline County, Missouri, in Book 1161, Page(s) 175, conveyed to Gregory C. Branum, State Director(s) of the U.S. Department of Agriculture, Rural Housing Service (Rural Development) for the State of Missouri, as Trustee(s), the property therein and hereinafter described by the **legal description on page two**, IN TRUST, to secure the payment of the indebtedness in said deed(s) of trust identified as follows:

| INSTRUMENT | DATE | Amount | Interest |
|---|---|---|---|
| Promissory Note | April 25, 2002 | $66,230 | 6.125% |

WHEREAS, the legal holder and owner of said deed(s) of trust and the note(s) secured thereby did, in writing, and in accordance with the terms of said deed(s) of trust, remove without cause the said Gregory C. Branum as Trustee(s), and did appoint the undersigned Mark T. Simmons as Substitute Trustee, **GRANTOR**; whose post office address is 120 W 19th St, Higginsville, MO  64037.

WHEREAS, default has been made by the grantors of said deed(s) of trust in the following particulars:  the borrower(s), Tiffany L. Weimer, now known as Tiffany L. Audsley, by monetary default, failed to pay installments of principal and interest when due, permitting the same to become delinquent, and said promissory note(s) has/have been declared due and payable and has/have not been paid.  Due to the occurrence of default, the undersigned Substitute Trustee did, at the request of the legal owner and holder of the unpaid indebtedness secured by said deed(s) of trust, proceed to execute the powers to her given by said deed(s) of trust and did on Tuesday, the 16th day of May, 2017, having previously given at least twenty days' notice of the time, terms, and place of sale of the property to be sold by advertisement printed and published in the Marshall Democrat News, a newspaper of general circulation in the County of Saline and State of Missouri, a copy of which advertisement, with the affidavit of the publisher of said newspaper proving its publication, is hereto attached and made a part hereof, at the south door of the Courthouse in the City of Marshall, in the County and State aforesaid, between the hours of ten o'clock A.M. and two o'clock P.M., approximately 1:30 P.M., expose to sale for cash to the highest bidder at public auction the said property herein described; and at said sale the United States of America, acting through the United States Department of Agriculture, Rural Housing Service (Rural Development), being the highest and best bidder, for the sum of THIRTY-FIVE THOUSAND FIVE HUNDRED EIGHTY-FOUR & no/100 DOLLARS ($35,584), the same was struck off and sold to said United States of America, acting through the United States Department of Agriculture, Rural Housing Service (Rural Development), **GRANTEE**, whose post office address is Parkade Center, Suite 235, 601 Business Loop 70 West, Columbia, MO  65203, at that price and sum;

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That the undersigned Substitute Trustee, in consideration of the premises and the sum of THIRTY-FIVE THOUSAND FIVE HUNDRED EIGHTY-FOUR & no/l00 DOLLARS ($35,584), paid to him by the said United States of America, acting through the United States Department of Agriculture, Rural Housing Service (Rural Development), the receipt of which is hereby acknowledged, does hereby BARGAIN, SELL AND CONVEY, unto the said United States of America, acting through the United States Department of Agriculture, Rural Housing Service (Rural Development), the following described property in said deed(s) of trust described, situated in the County of Saline, State of Missouri, to-wit:

All of Lot Four (4) and the East Half of Lot Three (3) in Block Two (2) of Ludwig Subdivision, an addition to the City of Marshall, Saline County, Missouri.

TO HAVE AND TO HOLD the same with all the rights, immunities, privileges, and appurtenances thereto belonging unto the said United States of America, acting through the United States Department of Agriculture, Rural Housing Service (Rural Development), and its heirs, successors and assigns forever.

IN WITNESS WHEREOF, I, the said Substitute Trustee, have hereunto set my hand and seal this 15th day of June, 2017.

_____
Mark T. Simmons, Substitute Trustee

SUBSTITUTE TRUSTEE'S ACKNOWLEDGMENT

STATE OF MISSOURI )
                  )ss.
COUNTY OF Lafayette )

On this 15th day of June, in the year of 2017, before me, _____, a Notary Public in and for said state, personally appeared Mark T. Simmons, known to me to be the identical person who executed the within Trustee's Deed Under Power of Sale, and acknowledged to me that ___(he) executed the same for the purposes therein stated and acknowledged that its execution is a voluntary act and deed.

REBECCA D BRANDT
My Commission Expires
November 7, 2020
Lafayette County
Commission #12634066

Rebecca D. Brandt, Notary Public
Commissioned in Lafayette County

(SEAL)

My Commission expires 11-7-2020.

RD-MO 1955-2
(2-24-89)

## NOTICE OF TRUSTEE'S SALE

For default in the payment of debt secured by Deed(s) of Trust executed by Tiffany L. Weimer, now known as Tiffany L. Audsley, dated April 25, 2002, recorded in Book 1161, Page(s) 175, Office of Recorder of Deeds, Saline County, Missouri, at Marshall, the undersigned Substitute Trustee will on Tuesday, May 16, 2017, between the hours of 10:00 a.m. and 2:00 p.m., approximately 1:30 p.m., at the south door of the Saline County Courthouse, Marshall, Missouri, sell at public vendue, subject to any unpaid real property taxes or special assessments, without regard to race, creed, color, sex, age, or national origin, to the highest bidder for cash, or 10% non-refundable cash deposit with the balance payable in cash or secured funds within 30 days of the date of the sale:

All of Lot Four (4) and the East Half of Lot Three (3) in Block Two (2) of Ludwig Subdivision, an addition to the City of Marshall, Saline County, Missouri.

Located at: 609 E. Slater, Marshall, MO

to satisfy said debt and costs.

_____
Mark T. Simmons
Substitute Trustee

Phone Number 660-584-8732

Case 4:19-cv-00174-BCW   Document 1-2   Filed 03/07/19   Page 1 of 1
EXHIBIT B

RD-MO 1955-5
(4-22-05)

CERTIFICATE OF MAILING
NOTICE OF TRUSTEE'S SALE

I, Mark T. Simmons, do hereby certify:

1. I am the Substitute Trustee under a deed(s) of trust recorded in Book(s) 1161 at Page(s) 175, pursuant to an appointment recorded as Document No. 2017-0677, all in the records in the Office of the Recorder of Deeds of Saline County, Missouri.

2. Not less than twenty (20) days prior to May 16, 2017 I caused to be deposited in the United States Mail at Clinton, Missouri, envelopes, certified, return receipt requested, with postage prepaid, containing a copy of the Notice of Trustee's Sale, as set out in the publisher's affidavit attached to the Trustee's deed, addressed to each of the following parties at the following address.

| NAME | ADDRESS |
|---|---|
| Tiffany L. Audsley | 609 E Slater, Marshall, MO 65340 |
| Tiffany L. Weimer | 609 E Slater, Marshall, MO 65340 |
| Citifinancial | 14330 E 42nd St Suite H, Independence, MO 64055 |
| Mark Edward Dunn | 13321 N Outer Forty Rd Suite 100, St. Louis, MO 63017 |

3. The address of the grantor(s) of the said deed(s) of trust and, where applicable, the parties who have assumed and agreed to pay the indebtedness secured by the same, is the last address of such party known to the undersigned and to the beneficiary of said deed(s) of trust.

4. This instrument, with 4 attached certified mail receipts, I executed for the purpose of complying with R.S.Mo. 443.325.

_Mark T. Simmons_, Substitute Trustee
Rural Development Office
Higginsville, Missouri

ACKNOWLEDGMENT

STATE OF MISSOURI ) 
) ss.
COUNTY OF Lafayette )

On this 15th day of June, 2017, before me personally appeared Mark T. Simmons, to me known to be the appointed Substitute Trustee and the person who executed the foregoing instrument and he/she acknowledged that he/she executed the same as his/her free act and deed as Substitute Trustee.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

REBECCA D BRANDT
My Commission Expires
November 7, 2020
Lafayette County
Commission #12634066

_Rebecca D Brandt_
Notary Public

(SEAL)
My commission expires 11-7-2020

Case 4:19-cv-00174-BCW   Document 1-3   Filed 03/07/19   Page 1 of 2

EXHIBIT C



7016 0910 0000 0295 5351

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ 2.75
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ .46
Total Postage and Fees $ 6.56

Postmark Here

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Tiffany L. Audsley
609 E Slater
Marshall, MO 65340

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0000 0295 5344

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ 2.75
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ .46
Total Postage and Fees $ 6.56

Postmark Here

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Tiffany L. Weimer
609 E Slater
Marshall, MO 65340

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0000 0295 5337

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ 2.75
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ .46
Total Postage and Fees $ 6.56

Postmark Here

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Citifinancial
14330 E 42nd St
Suite H
Independence, MO 64055

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0910 0000 0295 5320

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35
Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $ 2.75
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ .46
Total Postage and Fees $ 6.56

Postmark Here

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Mark Edward Dunn
13321 N Outer Forty Rd
Suite 100
St. Louis, MO 63017

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# AFFIDAVIT OF PUBLICATION

Date: 06/01/2017 *(Space above for recording information)*

STATE OF MISSOURI ) ss.
COUNTY OF BOONE )

**STYLE OF CASE**
2998-Audsley

I, Jeremy Patton, having been duly sworn on oath, state that I am an agent for **Marshall Democrat-News,** a Daily newspaper, of general circulation and published continuously for a period of at least three years in the County of **Saline**, State aforesaid; and that said newspaper has complied with the provisions of Section 493.050, Revised Statutes of Missouri, and that the notice hereto affixed was published in said newspaper for 4 days as follows:

1st Insertion      April 19, 2017
2nd Insertion      April 26, 2017
3rd Insertion      May 3, 2017
4th Insertion      May 10, 2017

Signature – Jeremy Patton

Subscribed and sworn to me on this 1st day of June, 2017.

Notary Public – Kristie Williams

My commission expires August, 18, 2019
Commission # 15636887

Publication Fee: $210.72



**NOTICE OF TRUSTEE'S SALE**

For default in the payment of debt secured by Deed(s) of Trust executed by Tiffany L. Weimer, now known as Tiffany L. Audsley, dated April 25, 2002, recorded in Book 1161, Page(s) 175, Office of Recorder of Deeds, Saline County, Missouri, at Marshall, the undersigned Substitute Trustee will on Tuesday, May 16, 2017, between the hours of 10:00 a.m. and 2:00 p.m., approximately 1:30 p.m., at the south door of the Saline County Courthouse, Marshall, Missouri, sell at public vendue, subject to any unpaid real property taxes or special assessments, without regard to race, creed, color, sex, age, or national origin, to the highest bidder for cash, or 10% non-refundable cash deposit with the balance payable in cash or secured funds within 30 days of the date of the sale:

All of Lot Four (4) and the East Half of Lot Three (3) in Block Two (2) of Ludwig Subdivision, an addition to the City of Marshall, Saline County, Missouri.

Located at: 609 E. Slater, Marshall, MO

to satisfy said debt and costs.

Mark T. Simmons
Substitute Trustee

Phone Number 660-584-8732

Publication Dates: April 19, 26, May 3, 10, 2017.

Case 4:19-cv-00174-BCW Document 1-4 Filed 03/07/19 Page 1 of 1

EXHIBIT D

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| United States of America ; | Tiffany L. Weimer a/k/a Audsley ; |
| **County of Residence:** Outside This District | **County of Residence:** Saline County |

**County Where Claim For Relief Arose:** Saline County

**Plaintiff's Attorney(s):**

AUSA Cari Franke Walsh ( United States of America )
US Attorney's Office, WDMO
400 E. 9th Street, Room 5510
Kansas City, Missouri 64106
**Phone:** 816-426-3100
**Fax:** 816-426-3165
**Email:** cari.walsh@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 230 Rent, Lease, and Ejectment
**Cause of Action:** 28 U.S.C. § 1345 Complaint for Unlawful Detainer
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Cari Franke Walsh

**Date:** 3/7/2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.